■ OMAR VIERA et al., Respondents, v UNIROYAL, INC., Defendant, and CRYSTAL HOME CLEANERS OF L. I., CORP., Appellant and Third-Party Plaintiff-Respondent. AFP COMMERCIAL AND HOME CLEANERS, INC., Third-Party Defendant-Appellant. (And One Other Action.)—Order, Supreme Court, New York County (Martin Stecher, J.), entered on or about June 7, 1988, unanimously affirmed, on the opinion of Martin Stecher, J., without

costs and without disbursements. Concur—Kupferman, J. P., Carro, Rosenberger, Ellerin and Rubin, JJ. *[See,* 142 Misc 2d 1099.]